# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYAN R., a Minor, Individually and By and Through His Parent, MICHELLIE R., and MICHELLIE R., Individually and on her own behalf,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NORTHWESTERN EDUCATIONAL INTERMEDIATE UNIT NUMBER 19,<br><br>　　　　Defendant. | CIVIL ACTION NO. 3:11-CV-1694<br><br>(JUDGE CAPUTO) |

## **ORDER**

NOW, this 7th day of February, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 5) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　United States District Judge